# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

MICHAEL ATOIGUE BURGOS
aka "MIKE"

**WARRANT FOR ARREST**

Case Number: CR-05-00007

FILED
DISTRICT COURT OF GUAM
FEB -7 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL ATOIGUE BURGOS aka "MIKE" _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 952(a), 960 & 963 _____

JOAQUIN V.E. MANIBUSAN, JR
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

2/7/2005
Date

Hagatna, Guam
Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

RT. 15   MANGILAO, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/7/05 | US ICE TFA | [Signature] |
| DATE OF ARREST 2/6/05 | ERWIN T. FEJERAN | |