LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

FEB - 8 2005

MARY L.M. MORAN
CLERK OF COURT

(3)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00007 |
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF PARTIES TO CONTINUE INITIAL APPEARANCE; AND ORDER** |
| MICHAEL ATOIGUE BURGOS, | ) |
| Defendant | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, John T. Gorman, Federal Public Defender, hereby stipulate to continue the initial appearance hearing currently scheduled for February 8, 2005, at 11:00 a.m. to the afternoon of February 9, 2005, at a time to be selected by the Court. The defendant, having been

//
//
//

advised of Rule 5(a)(1) of the Federal Rules of Criminal Procedure, has no objection to such continuance. The parties make this request for a continuance in the interest of justice.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

2/8/05
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

2/8/05
Date

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

***ORDER***

**IT IS SO ORDERED** that the initial appearance hearing scheduled for February 8, 2005, at 11:00 a.m. be rescheduled to __FEB - 9 2005__, 2005, at the hour of __4:00__ __p__.m.

2/8/05
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

RECEIVED
FEB - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2