**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
FEB 11 2005
MARY L.M. MORAN
CLERK OF COURT

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

7

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 05-00007
                                      )
11                 Plaintiff,         )
                                      )
12         vs.                        )   **APPLICATION AND ORDER**
                                      )   **TO SEAL RECORD**
13                                    )
   MICHAEL ATOIGUE BURGOS             )
14 a/k/a "Mike,"                      )
                                      )
15                 Defendant.         )
   ───────────────────────────────   )

16

17      The United States moves this Honorable Court for an order sealing the record in the

   above-entitled case for the reason that further investigation is still pending in another criminal

18 matter, which may be hindered by making this cause available for public scrutiny.

19      Respectfully submitted this 10th day of February, 2005.

20
                                          LEONARDO M. RAPADAS
21                                        United States Attorney
                                          Districts of Guam and NMI
22
                                   By:    _____
23                                        MARIVIC P. DAVID
                                          Assistant U.S. Attorney
24

25 IT IS SO ORDERED this _____ day of February, 2005.

26

27                                        _____
                                          DAVID W. HAGEN
28                                        Designated Judge
                                          District Court of Guam

**RECEIVED**
FEB 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM