ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 22 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL ATOIGUE BURGOS, <br><br> Defendant | CRIMINAL CASE NO. 05-00007 <br><br> **STIPULATION OF PARTIES TO CONTINUE PRELIMINARY HEARING; AND ORDER** |

Pursuant to Federal Rules of Criminal Procedure 5.1(d), the defendant, by and through his counsel, John T. Gorman, Federal Public Defender, and the United States hereby stipulate and request this Honorable Court to continue the preliminary hearing in this matter for at least one week, from March 1, 2005 to March 8, 2005, or a date soon thereafter to be set by the Court.

//
//
//
//

The parties make this request for the reason that a continuance of the hearing is in the public interest, since the parties expect this case to be disposed of promptly as a result of plea negotiations.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

2/18/05
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

2/18/05
Date

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

\*\*\*ORDER\*\*\*

**IT IS SO ORDERED** that the preliminary hearing scheduled for March 1, 2005, be continued to March 9, 2005, at the hour of 2:30 p.m.

2/22/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

RECEIVED FEB 18 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM