1  MBurgos.Ind

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR -9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00007 |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| v. | ) | **CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE** |
| MICHAEL ATOIGUE BURGOS a/k/a "Mike," | ) | [21 U.S.C. §§ 952(a), 960, and 963] |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

Beginning on or about January 2005, and continuing up to and including February 6, 2005, in the District of Guam and elsewhere, the defendant, MICHAEL ATOIGUE BURGOS a/k/a "Mike," and other co-conspirators, both known and unknown, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree with others, to import into the United States from a place outside thereof, approximately 116.5 grams, gross weight, of

//
//
//
//
//

methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960, and 963.

Dated this 9th day of March 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

RUSSELL C. STODDARD
First Assistant U.S. Attorney

2