AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____GUAM_____

U.S. MARSHALS--GUAM
RECEIVED
-9 MAR 2005 14 00 00

FILED
DISTRICT COURT OF GUAM
MAR 10 2005
MARY L.M. MORAN
CLERK OF COURT

/0

UNITED STATES OF AMERICA
V.

MICHAEL ATOIGUE BURGOS aka
"MIKE"
477-1961
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-05-00007

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Thursday, March 10, 2005 at 3:30 p.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ____21____ United States Code, Section(s) __952(a), 960 & 963__

Brief description of offense:

**CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*/s/ Marilyn B. Alcon*
Signature of Issuing Officer

March 9, 2005
Date

## RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS Lobby area

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  03/10/05
Date

Joaquin L.G. Salas
Name of United States Marshal

S/DUSM
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.