LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 10 2005 9P
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00007 |
| Plaintiff, ) | |
| vs. ) | **INFORMATION REGARDING NOTICE OF SENTENCING ENHANCEMENT** |
| MICHAEL ATOIGUE BURGOS ) a/k/a "Mike," ) | |
| Defendant. ) | |

NOW COMES the United States of America, by and through undersigned counsel, pursuant to 21 U.S.C. § 851, and gives notice that the defendant, MICHAEL ATOIGUE BURGOS, was previously convicted of a felony drug offense:

      On or about December 18, 1991, defendant, MICHAEL ATOIGUE BURGOS, was convicted of a felony drug offense, to-wit, importation of approximately 25 grams of methamphetamine, a violation of 21 U.S.C. §§ 952(a) and 960 in CR# 91-00056 in the District Court of Guam.

      If the defendant is convicted for a violation of 21 U.S.C. §§ 952(a), 960 & 963, then the

//
//
//

defendant's sentence will be enhanced and defendant will be subject to a sentence of imprisonment of not less than twenty (20) years because of defendant's prior felony drug conviction. 21 U.S.C. § 960(b)(1).

DATED this 9th day of March 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*

MARIVIC P. DAVID
Assistant U.S. Attorney

2