IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CRIMINAL MINUTES

**CASE NO.** CR-05-00007  **DATE:** 03/10/2005  **TIME:** 3:08:46 - 3:12:21

***

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE     Law Clerk: JUDITH HATTORI
Official Court Reporter: WANDA MILES     Courtroom Deputy: Leilani Toves Hernandez
Court Recorder: N/A     CSO: B. Benavente

******************APPEARANCES******************

**DEFT:** Michael Atoigue Burgos aka "Mike"     **ATTY:** JOHN GORMAN
(✓) PRESENT (✓) CUSTODY ( ) BOND ( ) P.R.     (✓) PRESENT ( ) RETAINED (✓) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK     **AGENT:**

**U.S. PROBATION:** ROBERT CARREON     **U.S. MARSHAL:** P. RABINA & R. LUMAGUI

**INTERPRETER:**     **LANGUAGE:**

***

**PROCEEDINGS:** ARRAIGNMENT (SEALED CASE)

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

_____ APPOINTED TO REPRESENT THE DEFENDANT

(✓) DEFENDANT SWORN AND EXAMINED

     AGE:     SCHOOL COMPLETED: GED

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

(✓) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

(✓) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (✓) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:**
**ARRAIGNMENT SET FOR:**
**TRIAL SET FOR:** MAY 6, 2005 at 9:30 a.m.
**PROCEEDINGS CONTINUED TO:**

(✓) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
     ( ) PROCESSING     ( ) DETENTION

**NOTES:**
Trial Order executed.

Government requested the defendant's release conditions be amended to include the condition cited in the Release Status Report submitted by the Pre Trial Services Officer. Defense had no objections. - GRANTED.

Defendant was released as previously ordered by the Court with the amended release condition.