IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MICHAEL ATOIGUE BURGOS<br>Defendant. | Docket No.: CR 05-00007-001<br><br>SUPPLEMENTAL<br>DECLARATION IN SUPPORT OF PETITION |



**Re:** **Additional Violation of Pretrial Release Conditions.**

The following information is supplement to the Petition for Action filed on April 4, 2005 and for consideration at the scheduled hearing on April 11, 2005 at 9:30 a.m. I, Robert I. Carreon, am the U.S. Pretrial Services Officer assigned to supervise the Court-ordered conditions of pretrial release for Michael Atoigue Burgos and in that capacity declare as follows:

On April 8, 2005, Michael A. Burgos reported for urinalysis and tested positive for the use of methamphetamine. Upon confronting him with the test results, Mr. Burgos voluntarily executed a drug use admission form reflecting he used "ice" on April 6, 2005. Mr. Burgos was advised against continuing to violate is conditions of release.

The pretrial services officer maintains it's recommendation for the defendant's revocation on pretrial release, originally submitted in the violation report filed on April 4, 2005. The defendant's recurring positive drug test results despite a high frequency of urinalysis and law enforcement contact indicates that he is unable to cease illicit drug use and is therefore considered a danger to the community.

Executed this _8th_ day of April 2005, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

RESPECTFULLY submitted this _8th_ day of April 2005.

                                                FRANK MICHAEL CRUZ
                                                Chief U.S. Probation Officer

By: _____
      ROBERT I. CARREON
      U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
     John T. Gorman, Federal Public Defender
     File