IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

**FILED**
DISTRICT COURT OF GUAM
APR 11 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00007**   **DATE: 4/11/2005**   **TIME: 9:47 a.m.**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 9:47:30 - 9:53:05   CSO: N. Edrosa

************************APPEARANCES****************************

**DEFT:** __MICHAEL ATOIGUE BURGOS__   **ATTY:** __JOHN GORMAN__
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID   **AGENT:**

**U.S. PROBATION:** ROBERT CARREON   **U.S. MARSHAL:** S. LUJAN / P. RABINA

**INTERPRETER:** _____   ( ) SWORN   **LANGUAGE:** _____

***

**PROCEEDINGS:**  - INITIAL APPEARANCE
- ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**( X ) NOTES:**

Defense stated that his client will be admitting to the violations contained in the probation officer's report. He further stated that there is a joint recommendation for defendant to remain released and in the event defendant commits another violation, defense will not contest the matter. No objection. GRANTED. The Court admonished defendant to comply with his release conditions.