Set sentencing

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00007 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO VACATE STATUS HEARING, UNSEAL RECORD; AND SET SENTENCING |
| MICHAEL A. BURGOS, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, John T. Gorman, Federal Public Defender, hereby stipulate to vacate the

//
//
//
//
//
//
//
//
//

status hearing, now scheduled for July 14, 2005, unseal the record, and set this case for sentencing as soon as the Court schedule permits.

SO STIPULATED.

DATED: 7/8/05

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 7/8/05

/s/
JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

# ****ORDER****

**IT IS SO ORDERED** that the status hearing is vacated, the record is unsealed, and that sentencing is set for Oct. 26, 2005, at the hour of 8:30 a.m. The Presentence Report is due on September 27, 2005.

7/14/05
DATE

/s/
ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

RECEIVED
JUL 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

*The Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation