PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs: **MICHAEL ATOIGUE BURGOS**   Docket No.   CR 05-00007-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW   ROBERT I. CARREON   PRETRIAL SERVICES presenting an official report upon the conduct of   Michael Atoigue Burgos   who was placed under pretrial release supervision   Joaquin V.E. Manibusan, Jr., Magistrate Judge   sitting in the court at   Hagatna, Guam   on 9th date of   February   20 05 under the following conditions:

Report to the U.S. Probation Office and the Bureau of Immigration and Customs Enforcement as directed; maintain or actively seek employment; surrender his passport to the Clerk of Court of the U.S. District Court of Guam; obtain no passport; not leave Guam without the permission of the Court; avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; and submit to drug testing.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

**(See attached Declaration in Support of Petition by U.S. Probation Officer Robert I. Carreon)**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148(b), order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

**RECEIVED**
JUL 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORDER OF COURT

Considered and ordered 27th day of July, 2005 and ordered filed and made a part of the records in the above case.

~~U.S. District Judge/Magistrate~~
FRANCES TYDINGCO-GATEWOOD
Designated Judge

Respectfully,
Robert I. Carreon
U.S. Pretrial Services Officer

Place   Hagåtña, Guam

Date:   July 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|            Plaintiff, | ) | Docket No.: CR 05-00007-001 |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| MICHAEL ATOIGUE BURGOS | ) | |
|            Defendant. | ) | |

Re: Violation of Pretrial Release Conditions; Request for Summons

    I, Robert I. Carreon, am the U.S. Pretrial Services Officer assigned to supervise the Court-ordered conditions of pretrial release for Michael Atoigue Burgos and in that capacity declare as follows:

    On February 9, 2005, the defendant appeared in the U.S. District Court of Guam for a sealed Initial Appearance hearing on a Complaint charging him with Conspiracy to Import Methamphetamine Hydrochloride, in violation of 21 USC §§952(a), 960 and 963. He was subsequently released on a personal recognizance bond with the following conditions: report to the U.S. Probation Office and the Bureau of Immigration and Customs Enforcement as directed; maintain or actively seek employment; surrender his passport to the Clerk of Court of the U.S. District Court of Guam; obtain no passport; not leave Guam without the permission of the Court; avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any use or unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; and submit to drug testing.

    On March 9, 2005, Mr. Burgos was indicted by a Federal Grand Jury for Conspiracy to Import Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 952(a), 960, and 963. On March 10, 2005, he appeared for Arraignment and pleaded not guilty. The Court then modified pretrial release to include an order that upon the unsealing of the case, Mr. Burgos was required to undergo a drug use assessment and to participate in any treatment recommended. The modification was based on information of a pretrial services release status report alleging methamphetamine use by the defendant on February 16, 2005.

DECLARATION IN SUPPORT OF PETITION
Request for Modification of Release Conditions
Re:     BURGOS, Michael Atoigue
USDC Cr. Cs. No. 05-00007-001
July 22, 2005
Page 2

On April 11, 2005, Mr. Burgos appeared for a bail violation hearing before the Honorable Judge Joaquin V.E. Manibusan. Mr. Burgos admitted to all drug use violations reported by the pretrial services officer. The Court continued release, however, warned Mr. Burgos that any additional violations henceforth would warrant revocation of his release. Mr. Burgos is alleged to have violated the following conditions of release:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances.* **On June 27, 2005, Mr. Burgos tested presumptive positive for methamphetamine.** He denied any drug use and the sample was forwarded to the laboratory for confirmation testing. Laboratory results returned on July 5, 2005 confirmed methamphetamine use. **On July 14, 2005, Mr. Burgos again tested positive for methamphetamine.** He executed an admission form for using the drug on July 12, 2005.

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services officer the supervising officer for determining whether the defendant is using a prohibited substance.* **On July 5, 2005, Mr. Burgos failed to report for urinalysis.** He further failed to call the pretrial services office or the Bureau of Immigration and Customs Enforcement office to explain this violation.

**Special Condition:** *The defendant shall report to the U.S. Probation Office as directed.* **Mr. Burgos has also failed to submit monthly supervision reports for the months of April through June 2005.** He is unemployed but reports that he is actively seeking work. Due to the sealed nature of the case, his job search activities have not been verified.

**Supervision Compliance:** As of July 14, 2005 and since his bail violation hearing on April 11, 2005, Mr. Burgos has tested negative on eight urinalysis appointments.

**Recommendation:**  The pretrial services officer requests that, pursuant to 18 U.S.C. §3148(b), the Court order a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other action which the Court may deem just and proper.

The pretrial services officer recommends that bail be revoked due to the danger the defendant poses to the community.

Executed this 22nd day of July 2005, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

DECLARATION IN SUPPORT OF PETITION
Request for Modification of Release Conditions
Re:    BURGOS, Michael Atoigue
USDC Cr. Cs. No. 05-00007-001
July 22, 2005
Page 3

     I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

     RESPECTFULLY submitted this 22nd day of July 2005.

> FRANK MICHAEL CRUZ
> Chief U.S. Probation Officer
>
> By: _____
> ROBERT I. CARREON
> U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Marivic P. David, AUSA
       John T. Gorman, Federal Public Defender
       File