AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**FILED**
**DISTRICT COURT OF GUAM**

**AUG - 1 2005**

**MARY L.M. MORAN**
**CLERK OF COURT**

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| **MICHAEL ATOIGUE BURGOS** | Case Number: **CR-05-00007** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | Date and Time<br>**Thursday, August 4, 2005 at 1:30 p.m.** |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | |

To answer a(n)
- [ ] Indictment
- [ ] Information
- [X] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title ____**18**____ United States Code, Section(s) ____**3148(b)**____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

**JAMIE M. PHELPS, Deputy Clerk**
Name and Title of Issuing Officer

*Jamie McPhelps*
Signature of Issuing Officer

**July 27, 2005**
Date

**ORIGINAL**

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 8-01-05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: DEFENDANTS ATTORNEY U.S. ATTORNEYS OFFICE

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8-01-05
Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM [signature]
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.