IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00007          DATE: 08/04/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles                                    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:47:47 - 2:07:22          CSO: J. McDonald / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: MICHAEL ATOIGUE BURGOS**       **ATTY: JOHN GORMAN**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                  AGENT:

U.S. PROBATION: JOHN SAN NICOLAS           U.S. MARSHAL: J. CURRY

**PROCEEDINGS:**    -ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____
_____

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( X ) CONDITIONS MODIFIED
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**
Defense counsel addressed the allegations and requested the Court to give the Defendant the opportunity to undergo drug treatment and counseling. Defendant addressed the Court. Government counsel stated that she supports probation officer's recommendation of detention. The Court released the Defendant and added the condition for Defendant report to Probation every other week and complete monthly supervision reports as directed. The Court admonished the Defendant to comply with his release conditions and stated that a warrant of arrest will be issued if he fails to comply.