LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT -3 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00007 |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY |
| vs. | ) | |
| MIKE ATOIGUE BURGOS, | ) | |
| Defendant. | ) | |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following comments:

A. Paragraphs 3, 7, 9, and 85 should reflect that on about April 15, 2005, the defendant pleaded guilty, pursuant to a plea agreement, to the sole count of the indictment.

B. Paragraph 52 of the PSR correctly includes a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of his intention to enter a plea of guilty at a sufficiently early stage in the process so

that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

Dated this 3rd day of October 2005.

                                        LEONARDO M. RAPADAS  
                                      United States Attorney  
                                        Districts of Guam and CNMI

By: _____  
      MARIVIC P. DAVID  
      Assistant U.S. Attorney

2