JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MICHAEL ATOIGUE BURGOS

FILED
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00007 |
| | ) |
| Plaintiff, | ) RESPONSE TO PRESENTENCE |
| | ) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| MICHAEL ATOIGUE BURGOS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, MICHAEL ATOIGUE BURGOS, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Presentence Investigation Report.

DATED: Mongmong, Guam, October 12, 2005.

JOHN T. GORMAN
Attorney for Defendant
MICHAEL ATOIGUE BURGOS

# CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October 12, 2005:

>MARIVIC P. DAVID
>Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>STEPHEN P GUILLOT
>U.S. Probation Officer
>U.S. Probation Office
>520 W. Soledad Avenue
>Hagatna, Guam 96910

DATED: Mongmong, Guam, October 12, 2005.

*[signature]*

ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
MICHAEL ATOIGUE BURGOS