FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br><br> MICHAEL ATOIGUE BURGOS, <br> Defendant. | CRIMINAL CASE NO. 05-00007 <br><br> **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e)** |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the statutory mandatory minimum sentence of 20 years to the applicable total offense level of Level 31. A Criminal History Category II and Level 31 yield an advisory guideline range of 121 to 151 months. The government will recommend the minimum term under said range, and the reasons for such recommendation are set forth in a memorandum, which the government is seeking to file under seal for reasons of security and further investigations are presently pending.

RESPECTFULLY SUBMITTED this 14th day of October 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ MARIVIC P. DAVID
MARIVIC P. DAVID
Assistant U.S. Attorney