

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING

**FILED**
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.** CR-05-00007     **DATE:** October 26, 2005

***

**HON. WILLIAM ALSUP, Designated Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 4:04:42 - 4:26:20

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: N. Edrosa

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** MICHAEL ATOIGUE BURGOS
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY:** JOHN GORMAN
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID

**AGENT:** ERWIN FEJERAN, B.I.C.E.

**U.S. PROBATION:** STEVE GUILLIOT

**U.S. MARSHAL:** W. GRAY

**INTERPRETER:** _____

**LANGUAGE:** _____

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:     Total offense level: 27     Criminal History Category: II

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested for a sentence of 78 months.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense requested for a further downward departure, for the defendant to self-surrender to the U.S. Marshals Service on Guam pending designation of Bureau of Prisons, and a judicial recommendation for the defendant to participate in the 500 hour drug treatment program while incarcerated. The Court Denied the further downward departure motion, however, granted the request for self-surrender and the drug treatment program. Defendant was ordered to self-surrender to the U.S. Marshals Service on Guam by January 6, 2006 at 12:00 noon, or as notified by the U.S. Marshal if designation occurs before that date.

Government's Motion for Downward Departure was Granted.

In accordance with the request by the probation officer, the defendant was instructed to abide by his current release conditions and failure to comply will result in immediate incarceration.

SENTENCE: CR-05-00007                     DEFENDANT: MICHAEL ATOIGUE BURGOS

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 120 MONTHS. WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN A DRUG EDUCATION PROGRAM, AS WELL AS EDUCATIONAL AND VOCATIONAL PROGRAMS APPROVED BY THE BUREAU OF PRISONS. DEFENDANT SHALL ALSO PARTICIPATE IN THE 500 HOUR COMPREHENSIVE DRUG TREATMENT PROGRAM.

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF 10 YEARS .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE AND LOCAL CRIME.

2. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM CUSTODY, AND UP TO EIGHT DRUG TESTS PER MONTH.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE STATUTE.

6. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON OR AMMUNITION.

7. DEFENDANT SHALL REFRAIN OR BE IN AN AUTOMOBILE WHERE AMMUNITION IS PRESENT.

8. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

9. DEFENDANT SHALL BE REQUIRED TO PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER HE HAS REVERTED BACK TO THE USE OF DRUGS OR ALCOHOL.

10. DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE AS APPROVED BY THE U.S. PROBATION OFFICE.

11. DEFENDANT SHALL SUBMIT HIS PERSON, RESIDENCE OR AUTOMOBILE TO A SEARCH OF CONTRABAND OR OTHER VIOLATION OF THE CONDITIONS OF SUPERVISED RELEASE BASED UPON REASONABLE SUSPICION.

ALL FINES WERE WAIVED BY THE COURT SINCE IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO IMMEDIATELY PAY A SPECIAL ASSESSMENT FEE OF $100.00.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: ____