# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Michael Atoigue Burgos<br><br>Defendant. | Case No. 1:05-cr-00007<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment in a Criminal Case filed November 1, 2005, and Notice of Entry dated November 2, 2005,* on the dates indicated below:

*U. S. Attorney Office*          *Federal Public Defender*
*November 3, 2005*               *November 3, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment in a Criminal Case filed November 1, 2005, and Notice of Entry dated November 2, 2005,*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 3, 2005                   /s/ Rosita P. San Nicolas
                                          Chief Deputy Clerk