# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>vs.<br><br>Michael Atoigue Burgos,<br><br>           Defendant. | Case No. 1:05-cr-00007<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment in a Criminal Case filed November 1, 2005,* on the date indicated below:

*U.S. Probation Office*　　　　　*U.S. Marshals Service*
*November 3, 2005*　　　　　　*November 3, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment in a Criminal Case filed November 1, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 3, 2005　　　　　　　　　　/s/ Rosita P. San Nicolas
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk