DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00007          DATE: December 12, 2005
***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Electronically Recorded - RUN TIME: 2:10:02 - 2:30:11     CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __MICHAEL ATOIGUE BURGOS__      **ATTY:** __JOHN GORMAN__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON          **AGENT:**

**U.S. PROBATION:** ROBERT CARREON         **U.S. MARSHAL:** V. ROMAN

**INTERPRETER:** _____ ( ) SWORN     **LANGUAGE:** _____

***

**PROCEEDINGS:**      - INITIAL APPEARANCE
       - ORDER TO SHOW CAUSE WHY PREDESIGNATION RELEASE CONDITIONS
         SHOULD NOT BE REVOKED

( X ) ALLEGATIONS STATED BY THE PROBATION OFFICER
(   ) ARGUMENT BY THE GOVERNMENT/(   ) GOVERNMENT SETS FORTH THE FACTS OF
      THE VIOLATIONS
(   ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
(   ) DEFENDANT DENIES THE ALLEGATIONS
(   ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

(   ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF
      SUPERVISED RELEASE
( X ) REVOCATION OF PREDESIGNATION RELEASE IS GRANTED.

(   ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
(   ) CONDITIONS MODIFIED OR CONTINUED
(   ) PROCEEDINGS CONTINUED TO: _____ at _____
(   ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
      SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

The Court appointed the Federal Public Defender to represent the defendant.

Based on the defendant's admission to the allegations, the Court remanded him to the custody of the U.S. Marshals Service.

Courtroom Deputy: _____

